```
                            Excerpt_Jones_1
♀ 00001
        1                   REPORTER'S RECORD
        2        TRIAL COURT CAUSE NO(S). 11800-JR-C
        3
        4    IN THE INTEREST OF       ) IN THE 89TH DISTRICT COURT
                                      )
        5    ROBERTO BARRY            )
             OSCAR BARRY              ) OF
        6                             )
             CHILDREN                 ) WICHITA COUNTY, TEXAS
        7
        8    ********************************************************
        9                     EXCERPT OF TESTIMONY
       10    ********************************************************
       11
       12              On the 27th day of July, 2012, the
       13    following proceedings came on to be heard in the
       14    above-entitled and numbered cause before the Honorable
       15    Mark T. Price, Judge presiding, held in Wichita Falls,
       16    Wichita County, Texas:
       17
       18    Proceedings reported by Machine Shorthand.
       19
       20
       21                     JOANNA BEVERAGE, CSR
                             OFFICIAL COURT REPORTER
       22                     89TH JUDICIAL DISTRICT
                              WICHITA COUNTY, TEXAS
       23
       24
       25
                                 JOANNA BEVERAGE, CSR
♀ 00002
        1              A P P E A R A N C E S
        2    HON. VERSEL RUSH
             (SBOT NO. 20759700)
        3    TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES
             925 Lamar, Suite 5100
        4    Wichita Falls, Texas 76301
             ATTORNEY FOR TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE
        5    SERVICES
             (940) 841-5027
        6
             AND-
        7
             HON. ROBERT T. JARVIS
        8    (SBOT NO. 10586500)
             ROBERT T. JARVIS, PC
        9    123 W. Houston Street
             Sherman, Texas 75090
       10    ATTORNEY FOR RESPONDENT
             (903) 892-8500
       11
             AND-
       12
             HON. BRET W. HALE
       13    (SBOT NO. 00795403)
             ATTORNEY AT LAW
       14    P.O. Box 98
             Iowa Park, TX 76367
       15    ATTORNEY AD LITEM
             (940) 592-5099
       16
```

Page 1

```
                              Excerpt_Jones_1
         17
         18
         19
         20
         21
         22
         23
         24
         25
                          JOANNA BEVERAGE, CSR
♀ 00003
          1              EXCERPT OF TESTIMONY
          2      July 27, 2012
                                                            VOIR
          3      PETITIONER'S WITNESSES       DIRECT  CROSS  DIRE
                 Jason Jones                    5
          4
                                                            VOIR
          5      RESPONDENT'S WITNESSES       DIRECT  CROSS  DIRE
                 None in excerpt.
          6
          7                                                 VOIR
                 AD LITEM'S WITNESSES         DIRECT  CROSS  DIRE
          8      None in excerpt.
          9
                            ALPHABETICAL WITNESS INDEX
         10
                                                            VOIR
         11      WITNESSES                    DIRECT  CROSS  DIRE
                 Jason Jones                    5
         12
         13      End of Excerpt....................................  6
         14      Reporter's Certificate...........................  7
         15
         16
         17
         18
         19
         20
         21
         22
         23
         24
         25
                          JOANNA BEVERAGE, CSR #7962
♀ 00004
          1                  EXHIBIT INDEX
          2      PETITIONER'S EXHIBITS              OFFERED  ADMITTED
                 None in excerpt.
          3
          4
                 RESPONDENT'S EXHIBITS              OFFERED  ADMITTED
          5      None in excerpt.
          6
                 AD LITEM'S EXHIBITS                OFFERED  ADMITTED
          7      None in excerpt.
          8
          9
         10
         11
         12
         13
         14
```

```
                              Excerpt_Jones_1
15
16
17
18
19
20
21
22
23
24
25
                        JOANNA BEVERAGE, CSR #7962
```
♀ 00005
```
 1                 (Excerpt of testimony.)
 2                      JASON JONES,
 3    having first been duly sworn, testified as follows:
 4                    DIRECT EXAMINATION
 5    BY MS. RUSH:
 6        Q.   I'm just going to let you look at the photos
 7    that have been entered into evidence in this case just
 8    to -- to show you, okay?
 9        A.   Yes.
10        Q.   And just so you know, Exhibits 5 and 6 were
11    taken at --
12             MR. JARVIS:  Judge, we're going to
13    object to leading.
14             THE COURT:  That's sustained.
15        Q.   (BY MS. RUSH)  Okay.
16        A.   Uh-huh.
17        Q.   And here are these.
18             (Pause to review documents.)
19             MS. RUSH:  And may I approach and --
20             THE COURT:  Yes, you may.
21             MS. RUSH:  Thank you, Your Honor.
22        Q.   (BY MS. RUSH)  There's been multiple
23    testimonies that these do not meet the definition of
24    child pornography in Texas.  Would you agree with
25    that?
                        JOANNA BEVERAGE, CSR #7962
```
♀ 00006
```
 1        A.   That is correct.
 2        Q.   And doesn't meet, as far as you know, the
 3    definition of child pornography in the federal
 4    government either, does it?
 5        A.   As far as I know, correct.
 6             (End of Excerpt.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

Excerpt_Jones_1

JOANNA BEVERAGE, CSR #7962

00007

```
 1   STATE OF TEXAS        )
                           )
 2   COUNTY OF WICHITA     )
 3
 4      I, Joanna Beverage, Official Court Reporter in and
     for the 89th District Court of Wichita County, State
 5   of Texas, do hereby certify that the above and
     foregoing page numbered 6 contains a true and correct
 6   transcription of all portions of evidence and other
     proceedings requested in writing by counsel for the
 7   parties to be included in this volume of the
     Reporter's Record, in the above-styled and -numbered
 8   cause, all of which occurred in open court or in
     chambers and were reported by me.
 9
             I further certify that this Reporter's Record
10   of the proceedings truly and correctly reflects the
     exhibits, if any, admitted by the respective parties.
11
             I further certify that the total cost for the
12   preparation of the Reporter's Record is $        and
     will be paid by Mr. Bob Jarvis.
13
             WITNESS MY OFFICIAL SIGNATURE on this the 2nd
14   day of November, 2012.
15
16
                         Joanna Beverage, CSR No. 7962
17                       Expiration Date:  12-31-13
                         Official Court Reporter
18                       89th Judicial District Court
                         900 Seventh Street, Suite 300
19                       Wichita Falls, Texas 76301
                         (940) 766-8194
20
21
22
23
24
25
              JOANNA BEVERAGE, CSR #7962
```