```
                              Excerpt_Jones_2
♀ 00001
         1                    REPORTER'S RECORD
         2          TRIAL COURT CAUSE NO(S). 11800-JR-C
         3
         4   IN THE INTEREST OF         ) IN THE 89TH DISTRICT COURT
                                        )
         5   ROBERTO BARRY              )
             OSCAR BARRY                ) OF
         6                              )
             CHILDREN                   ) WICHITA COUNTY, TEXAS
         7
         8   *********************************************************
         9                       EXCERPT OF TESTIMONY
        10   *********************************************************
        11
        12              On the 27th day of July, 2012, the
        13   following proceedings came on to be heard in the
        14   above-entitled and numbered cause before the Honorable
        15   Mark T. Price, Judge presiding, held in Wichita Falls,
        16   Wichita County, Texas:
        17
        18   Proceedings reported by Machine Shorthand.
        19
        20
        21                   JOANNA BEVERAGE, CSR
                             OFFICIAL COURT REPORTER
        22                   89TH JUDICIAL DISTRICT
                              WICHITA COUNTY, TEXAS
        23
        24
        25
                             JOANNA BEVERAGE, CSR #7962
♀ 00002
         1              A P P E A R A N C E S
         2   HON. VERSEL RUSH
             (SBOT NO. 20759700)
         3   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES
             925 Lamar, Suite 5100
         4   Wichita Falls, Texas 76301
             ATTORNEY FOR TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE
         5   SERVICES
             (940) 841-5027
         6
             AND-
         7
             HON. ROBERT T. JARVIS
         8   (SBOT NO. 10586500)
             ROBERT T. JARVIS, PC
         9   123 W. Houston Street
             Sherman, Texas 75090
        10   ATTORNEY FOR RESPONDENT
             (903) 892-8500
        11
             AND-
        12
             HON. BRET W. HALE
        13   (SBOT NO. 00795403)
             ATTORNEY AT LAW
        14   P.O. Box 98
             Iowa Park, TX 76367
        15   ATTORNEY AD LITEM
             (940) 592-5099
        16
```

```
                                 Excerpt_Jones_2
         17
         18
         19
         20
         21
         22
         23
         24
         25
                          JOANNA BEVERAGE, CSR #7962
♀ 00003
          1                    EXCERPT OF TESTIMONY
          2    July 27, 2012
                                                              VOIR
          3    PETITIONER'S WITNESSES        DIRECT   CROSS   DIRE
               Jason Jones                             5
          4
          5                                                   VOIR
               RESPONDENT'S WITNESSES        DIRECT   CROSS   DIRE
          6    None in excerpt.
          7
                                                              VOIR
          8    AD LITEM'S WITNESSES          DIRECT   CROSS   DIRE
               None in excerpt.
          9
         10             ALPHABETICAL WITNESS INDEX
         11                                                   VOIR
               WITNESSES                     DIRECT   CROSS   DIRE
         12    Jason Jones                            5
         13
               End of Excerpt.................................   5
         14
               Reporter's Certificate.........................   6
         15
         16
         17
         18
         19
         20
         21
         22
         23
         24
         25
                          JOANNA BEVERAGE, CSR #7962
♀ 00004
          1                       EXHIBIT INDEX
          2    PETITIONER'S EXHIBITS            OFFERED  ADMITTED
               None in excerpt.
          3
          4
               RESPONDENT'S EXHIBITS            OFFERED  ADMITTED
          5    None in excerpt.
          6
               AD LITEM'S EXHIBITS              OFFERED  ADMITTED
          7    None in excerpt.
          8
          9
         10
         11
         12
         13
         14
```

Excerpt_Jones_2

```
15
16
17
18
19
20
21
22
23
24
25
                    JOANNA BEVERAGE, CSR #7962
```

00005
```
 1              (Excerpt of testimony.)
 2                    JASON JONES,
 3   having first been duly sworn, testified as follows:
 4                  CROSS-EXAMINATION
 5   BY MR. JARVIS:
 6       Q.   (BY MR. JARVIS)  From the very beginning,
 7   you knew and the Feds knew that there weren't any
 8   child pornography, right?
 9       A.   That is correct.
10       Q.   The very first day?
11       A.   That's correct.
12              (End of excerpt.)
13
14
15
16
17
18
19
20
21
22
23
24
25
                    JOANNA BEVERAGE, CSR #7962
```

00006
```
 1   STATE OF TEXAS       )
                          )
 2   COUNTY OF WICHITA    )
 3
 4      I, Joanna Beverage, Official Court Reporter in and
     for the 89th District Court of Wichita County, State
 5   of Texas, do hereby certify that the above and
     foregoing page numbered 5 contains a true and correct
 6   transcription of all portions of evidence and other
     proceedings requested in writing by counsel for the
 7   parties to be included in this volume of the
     Reporter's Record, in the above-styled and -numbered
 8   cause, all of which occurred in open court or in
     chambers and were reported by me.
 9
             I further certify that this Reporter's Record
10   of the proceedings truly and correctly reflects the
     exhibits, if any, admitted by the respective parties.
11
             I further certify that the total cost for the
12   preparation of the Reporter's Record is $       and
     will be paid by Mr. Robert T. Jarvis.
13
```

```
                       Excerpt_Jones_2
              WITNESS MY OFFICIAL SIGNATURE on this the 2nd
14    day of November, 2012.
15
16
                              Joanna Beverage, CSR No. 7962
17                            Expiration Date:  12-31-13
                              Official Court Reporter
18                            89th Judicial District Court
                              900 Seventh Street, Suite 300
19                            Wichita Falls, Texas 76301
                              (940) 766-8194
20
21
22
23
24
25
                    JOANNA BEVERAGE, CSR #7962
```