```
                              Gustafson[1]
♀ 00001
        1               REPORTER'S RECORD
        2       TRIAL COURT CAUSE NO(S). 11800-JR-C
        3
        4   IN THE INTEREST OF      ) IN THE 89TH DISTRICT COURT
                                    )
        5   ROBERTO BARRY           )
            OSCAR BARRY             ) OF
        6                           )
            CHILDREN                ) WICHITA COUNTY, TEXAS
        7
        8   ************************************************************
        9                      EXCERPT OF TESTIMONY
       10   ************************************************************
       11
       12             On the 30th day of July, 2012, the
       13   following proceedings came on to be heard in the
       14   above-entitled and numbered cause before the Honorable
       15   Mark T. Price, Judge presiding, held in Wichita Falls,
       16   Wichita County, Texas:
       17
       18   Proceedings reported by Machine Shorthand.
       19
       20
       21                   JOANNA BEVERAGE, CSR
                            OFFICIAL COURT REPORTER
       22                   89TH JUDICIAL DISTRICT
                            WICHITA COUNTY, TEXAS
       23
       24
       25
                                JOANNA BEVERAGE, CSR
♀ 00002
        1            A P P E A R A N C E S
        2   HON. VERSEL RUSH
            (SBOT NO. 20759700)
        3   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES
            925 Lamar, Suite 5100
        4   Wichita Falls, Texas 76301
            ATTORNEY FOR TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE
        5   SERVICES
            (940) 841-5027
        6
            AND-
        7
            HON. ROBERT T. JARVIS
        8   (SBOT NO. 10586500)
            ROBERT T. JARVIS, PC
        9   123 W. Houston Street
            Sherman, Texas 75090
       10   ATTORNEY FOR RESPONDENT
            (903) 560-8500
       11
            AND-
       12
            HON. BRET W. HALE
       13   (SBOT NO. 00795403)
            ATTORNEY AT LAW
       14   P.O. Box 98
            Iowa Park, TX 76367
       15   ATTORNEY AD LITEM
            (940) 592-5099
       16
                                Page 1
```

Gustafson[1]

```
17
18
19
20
21
22
23
24
25
                        JOANNA BEVERAGE, CSR
♀ 00003
        1               EXCERPT OF TESTIMONY
        2    July 30, 2012
                                                          VOIR
        3    PETITIONER'S WITNESSES      DIRECT   CROSS   DIRE
             Kim Gustafson                          5
        4
        5                                                 VOIR
             RESPONDENT'S WITNESSES      DIRECT   CROSS   DIRE
        6    None in excerpt.
        7
                                                          VOIR
        8    AD LITEM'S WITNESSES        DIRECT   CROSS   DIRE
             None in excerpt.
        9
        10              ALPHABETICAL WITNESS INDEX
        11                                                VOIR
             WITNESSES                   DIRECT   CROSS   DIRE
        12   Kim Gustafson                          5
        13   End of Excerpt...................................  9
        14   Reporter's Certificate...........................  10
        15
        16
        17
        18
        19
        20
        21
        22
        23
        24
        25
                       JOANNA BEVERAGE, CSR #7962
♀ 00004
        1                    EXHIBIT INDEX
        2    PETITIONER'S EXHIBITS            OFFERED  ADMITTED
             None in excerpt.
        3
        4
             RESPONDENT'S EXHIBITS            OFFERED  ADMITTED
        5    None in excerpt.
        6
             AD LITEM'S EXHIBITS              OFFERED  ADMITTED
        7    None in excerpt.
        8
        9
        10
        11
        12
        13
        14
        15
        16
```

Gustafson[1]

```
17
18
19
20
21
22
23
24
25
```
                    JOANNA BEVERAGE, CSR #7962

ƒ 00005

```
 1              (Excerpt of testimony.)
 2                    KIM GUSTAFSON,
 3     having first been duly sworn, testified as follows:
 4                    RECROSS-EXAMINATION
 5     BY MR. JARVIS:
 6          Q.   Well, let's talk about those aggravated
 7     circumstances.  Are you familiar with the motion filed
 8     by your Department asking for aggravated circumstances
 9     to be found by the Judge?
10          A.   Yes.
11          Q.   All right.  And do you recall the request,
12     Section C, on the Notice of Aggravated Circumstances
13     filed March 17th, 2011?  Would it help if I approached
14     and let you look at it?
15          A.   Yes.
16               MR. JARVIS:  Okay.  May I approach,
17     Judge?
18               THE COURT:  Yes, you may.
19          Q.   (BY MR. JARVIS)  Oh, before I -- when did
20     CPS make the decision or the determination that there
21     wasn't any child abuse and there wasn't any child
22     pornography?  Do you recall?
23          A.   I don't know.
24          Q.   Okay.
25               MS. RUSH:  May I ask Mr. Jarvis is he
```
                    JOANNA BEVERAGE, CSR #7962

ƒ 00006

```
 1     showing her the Notice of Aggravated Circumstances?
 2               MR. JARVIS:  Yes, ma'am.
 3               MS. RUSH:  Thank you, Your Honor.
 4               MR. JARVIS:  Two pages.
 5          Q.   (BY MR. JARVIS)  Tell me when you're
 6     finished reading that.
 7          A.   Okay.
 8          Q.   You've had a chance to go through it?
 9          A.   Yes.
10          Q.   Okay.  Now, as I recall from the CPS file,
11     on February 7th, it was already determined that there
12     wasn't any child pornography that they -- that the
13     federal officials had filed, correct?
14          A.   Yes.
15          Q.   And yet on March 17th, under Section C, the
16     reason -- one of the two reasons why you -- your
17     Department asked for aggravated circumstances and by
18     extension no more visitations is because he's engaged
19     in conduct that would constitute an offense of
20     possession or promotion of child pornography, correct?
21          A.   Right.
22          Q.   But from day one, your Department and the
23     feds all knew he didn't, didn't you?
24          A.   I don't know.
25          Q.   Well, in your report that you've read that
```
                              Page 3

Gustafson[1]
JOANNA BEVERAGE, CSR #7962

♀ 00007

```
 1   you're responsible for, you have said -- and the
 2   official CPS position is from day one, there wasn't
 3   any child pornography, right?
 4        A.   Right.
 5        Q.   So why on March 17th does your Department
 6   file a -- a notice to the Judge saying we're going to
 7   terminate his rights because he's possessing child
 8   pornography when you already knew a month ago he
 9   wasn't?
10        A.   I don't know.
11        Q.   It doesn't seem right, does it?
12        A.   I don't know.
13        Q.   You don't know if it seems right or not?  Do
14   you?
15        A.   I don't know.
16        Q.   Okay.  And then the indecency with a child,
17   we've heard the official CPS stance today that there
18   wasn't any sexual molestation or abuse of the child,
19   right -- of either one of the children, correct?
20        A.   Right.
21        Q.   And when did y'all come to that conclusion,
22   before or after March 17th, 2011?
23        A.   I don't know.
24        Q.   Well, you had about five weeks of counseling
25   with Ms. Porter and during that five weeks, Oscar and
```

JOANNA BEVERAGE, CSR #7962

♀ 00008

```
 1   Barry (sic) never made any outcry, correct?
 2        A.   Right.
 3        Q.   And y'all had plenty of opportunity to -- to
 4   review the audio and videotapes, correct?
 5        A.   Right.
 6        Q.   And somebody at some point in time finally
 7   agreed and said nobody committed indecency with a
 8   child much less David Barry, right?
 9        A.   Right.
10        Q.   So did you come to this decision after you
11   took over the case back in January 2012 or was this a
12   decision that occurred prior to your coming on board?
13        A.   Prior.
14        Q.   All right.  And can you tell me where in the
15   four-inch stack of CPS records somebody wrote down
16   that we staffed the case and decided there isn't any
17   child abuse of Oscar or Roberto?
18        A.   I don't know.
19        Q.   It's not in there, is it?
20        A.   I don't think so.
21        Q.   Wouldn't you think it would be fair to the
22   parent when you realized you didn't have what you
23   accused him of to let him see his kids again?
24             MS. RUSH:   Objection, Your Honor,
25   relevancy.  We discussed with Mr. Barry on the stand
```

JOANNA BEVERAGE, CSR #7962

♀ 00009

```
 1   that they filed a motion for visitation and then
 2   withdrew it when I tried to call him to the stand, so
 3   I think he's misstating the evidence and this is
 4   irrelevant.
 5             MR. JARVIS:   Judge, it has nothing to do
 6   with what Mr. Barry did.  I'm asking their
 7   responsibility.  They're the ones that took the kids.
```

Page 4

Gustafson[1]

8  And obviously, somebody is not telling the truth on
9  the petition, on the notice. If she says somebody
10 else realized it, it's their responsibility to bring
11 that to the attention of the Court, isn't it? They
12 sure as heck didn't send any notice to us. It's not
13 in the report.
14             MS. RUSH:  Your Honor, I don't think
15 there's any requirement anywhere when CPS -- when an
16 attorney for CPS files a motion and gets a ruling to
17 say, well, we've changed our minds.
18             MR. JARVIS:  Well, how about common
19 decency?
20             MS. RUSH:  Your Honor, I object to that
21 comment and I object to him speaking to me rather to
22 the Court.
23             THE COURT:  That's sustained. The
24 objection's sustained.
25             (End of Excerpt.)
                JOANNA BEVERAGE, CSR #7962

♀ 00010

1  STATE OF TEXAS          )
                           )
2  COUNTY OF WICHITA       )
3
4     I, Joanna Beverage, Official Court Reporter in and
   for the 89th District Court of Wichita County, State
5  of Texas, do hereby certify that the above and
   foregoing page numbered 9 contains a true and correct
6  transcription of all portions of evidence and other
   proceedings requested in writing by counsel for the
7  parties to be included in this volume of the
   Reporter's Record, in the above-styled and -numbered
8  cause, all of which occurred in open court or in
   chambers and were reported by me.
9
       I further certify that this Reporter's Record
10 of the proceedings truly and correctly reflects the
   exhibits, if any, admitted by the respective parties.
11
       I further certify that the total cost for the
12 preparation of the Reporter's Record is $115.00 and
   will be paid by Mr. Robert Jarvis.
13
       WITNESS MY OFFICIAL SIGNATURE on this the 25th
14 day of September, 2012.
15
16
                        Joanna Beverage, CSR No. 7962
17                      Expiration Date:  12-31-13
                        Official Court Reporter
18                      89th Judicial District Court
                        900 Seventh Street, Suite 300
19                      Wichita Falls, Texas 76301
                        (940) 766-8194
20
21
22
23
24
25
                JOANNA BEVERAGE, CSR #7962

♀