```
                              Excerpt_Jones_1
⚥ 00001
        1                  REPORTER'S RECORD
        2         TRIAL COURT CAUSE NO(S). 11800-JR-C
        3
        4   IN THE INTEREST OF      ) IN THE 89TH DISTRICT COURT
                                    )
        5   ROBERTO BARRY           )
            OSCAR BARRY             ) OF
        6                           )
            CHILDREN                ) WICHITA COUNTY, TEXAS
        7
        8   *********************************************************
        9                      EXCERPT OF TESTIMONY
       10   *********************************************************
       11
       12              On the 27th day of July, 2012, the
       13   following proceedings came on to be heard in the
       14   above-entitled and numbered cause before the Honorable
       15   Mark T. Price, Judge presiding, held in Wichita Falls,
       16   Wichita County, Texas:
       17
       18   Proceedings reported by Machine Shorthand.
       19
       20
       21                  JOANNA BEVERAGE, CSR
                          OFFICIAL COURT REPORTER
       22                  89TH JUDICIAL DISTRICT
                          WICHITA COUNTY, TEXAS
       23
       24
       25
                                JOANNA BEVERAGE, CSR
⚥ 00002
        1               A P P E A R A N C E S
        2   HON. VERSEL RUSH
            (SBOT NO. 20759700)
        3   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES
            925 Lamar, Suite 5100
        4   Wichita Falls, Texas 76301
            ATTORNEY FOR TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE
        5   SERVICES
            (940) 841-5027
        6
            AND-
        7
            HON. ROBERT T. JARVIS
        8   (SBOT NO. 10586500)
            ROBERT T. JARVIS, PC
        9   123 W. Houston Street
            Sherman, Texas 75090
       10   ATTORNEY FOR RESPONDENT
            (903) 892-8500
       11
            AND-
       12
            HON. BRET W. HALE
       13   (SBOT NO. 00795403)
            ATTORNEY AT LAW
       14   P.O. Box 98
            Iowa Park, TX 76367
       15   ATTORNEY AD LITEM
            (940) 592-5099
       16
```

Excerpt_Jones_1

```
           17
           18
           19
           20
           21
           22
           23
           24
           25
                             JOANNA BEVERAGE, CSR
 00003
            1              EXCERPT OF TESTIMONY
            2     July 27, 2012
                                                              VOIR
            3     PETITIONER'S WITNESSES        DIRECT   CROSS  DIRE
                  Jason Jones                      5
            4
                                                              VOIR
            5     RESPONDENT'S WITNESSES        DIRECT   CROSS  DIRE
                  None in excerpt.
            6
            7                                                 VOIR
                  AD LITEM'S WITNESSES          DIRECT   CROSS  DIRE
            8     None in excerpt.
            9
                             ALPHABETICAL WITNESS INDEX
           10
                                                              VOIR
           11     WITNESSES                     DIRECT   CROSS  DIRE
                  Jason Jones                      5
           12
           13     End of Excerpt..................................  6
           14     Reporter's Certificate..........................  7
           15
           16
           17
           18
           19
           20
           21
           22
           23
           24
           25
                          JOANNA BEVERAGE, CSR #7962
 00004
            1                    EXHIBIT INDEX
            2     PETITIONER'S EXHIBITS              OFFERED  ADMITTED
                  None in excerpt.
            3
            4
                  RESPONDENT'S EXHIBITS              OFFERED  ADMITTED
            5     None in excerpt.
            6
                  AD LITEM'S EXHIBITS                OFFERED  ADMITTED
            7     None in excerpt.
            8
            9
           10
           11
           12
           13
           14
```

```
                               Excerpt_Jones_1
         15
         16
         17
         18
         19
         20
         21
         22
         23
         24
         25
                            JOANNA BEVERAGE, CSR #7962
♀ 00005
          1              (Excerpt of testimony.)
          2                   JASON JONES,
          3    having first been duly sworn, testified as follows:
          4                  DIRECT EXAMINATION
          5    BY MS. RUSH:
          6        Q.   I'm just going to let you look at the photos
          7    that have been entered into evidence in this case just
          8    to -- to show you, okay?
          9        A.   Yes.
         10        Q.   And just so you know, Exhibits 5 and 6 were
         11    taken at --
         12             MR. JARVIS:  Judge, we're going to
         13    object to leading.
         14             THE COURT:  That's sustained.
         15        Q.   (BY MS. RUSH)  Okay.
         16        A.   Uh-huh.
         17        Q.   And here are these.
         18             (Pause to review documents.)
         19             MS. RUSH:  And may I approach and --
         20             THE COURT:  Yes, you may.
         21             MS. RUSH:  Thank you, Your Honor.
         22        Q.   (BY MS. RUSH)  There's been multiple
         23    testimonies that these do not meet the definition of
         24    child pornography in Texas.  Would you agree with
         25    that?
                            JOANNA BEVERAGE, CSR #7962
♀ 00006
          1        A.   That is correct.
          2        Q.   And doesn't meet, as far as you know, the
          3    definition of child pornography in the federal
          4    government either, does it?
          5        A.   As far as I know, correct.
          6             (End of Excerpt.)
          7
          8
          9
         10
         11
         12
         13
         14
         15
         16
         17
         18
         19
         20
         21
         22
         23
```

Excerpt_Jones_1

```
         24
         25
                         JOANNA BEVERAGE, CSR #7962
♀ 00007
          1    STATE OF TEXAS        )
                                     )
          2    COUNTY OF WICHITA     )
          3
          4       I, Joanna Beverage, Official Court Reporter in and
               for the 89th District Court of Wichita County, State
          5    of Texas, do hereby certify that the above and
               foregoing page numbered 6 contains a true and correct
          6    transcription of all portions of evidence and other
               proceedings requested in writing by counsel for the
          7    parties to be included in this volume of the
               Reporter's Record, in the above-styled and -numbered
          8    cause, all of which occurred in open court or in
               chambers and were reported by me.
          9
                       I further certify that this Reporter's Record
         10    of the proceedings truly and correctly reflects the
               exhibits, if any, admitted by the respective parties.
         11
                       I further certify that the total cost for the
         12    preparation of the Reporter's Record is $       and
               will be paid by Mr. Bob Jarvis.
         13
                       WITNESS MY OFFICIAL SIGNATURE on this the 2nd
         14    day of November, 2012.
         15
         16
                                   Joanna Beverage, CSR No. 7962
         17                        Expiration Date:  12-31-13
                                   Official Court Reporter
         18                        89th Judicial District Court
                                   900 Seventh Street, Suite 300
         19                        Wichita Falls, Texas 76301
                                   (940) 766-8194
         20
         21
         22
         23
         24
         25
                         JOANNA BEVERAGE, CSR #7962
♀
```