```
                          Excerpt_Jones_4
♀ 00001
       1                 REPORTER'S RECORD
       2        TRIAL COURT CAUSE NO(S). 11800-JR-C
       3
       4   IN THE INTEREST OF      ) IN THE 89TH DISTRICT COURT
                                   )
       5   ROBERTO BARRY           )
           OSCAR BARRY             ) OF
       6                           )
           CHILDREN                ) WICHITA COUNTY, TEXAS
       7
       8   ********************************************************
       9                    EXCERPT OF TESTIMONY
      10   ********************************************************
      11
      12            On the 27th day of July, 2012, the
      13   following proceedings came on to be heard in the
      14   above-entitled and numbered cause before the Honorable
      15   Mark T. Price, Judge presiding, held in Wichita Falls,
      16   Wichita County, Texas:
      17
      18   Proceedings reported by Machine Shorthand.
      19
      20
      21               JOANNA BEVERAGE, CSR
                       OFFICIAL COURT REPORTER
      22               89TH JUDICIAL DISTRICT
                       WICHITA COUNTY, TEXAS
      23
      24
      25
                       JOANNA BEVERAGE, CSR
♀ 00002
       1              A P P E A R A N C E S
       2   HON. VERSEL RUSH
           (SBOT NO. 20759700)
       3   TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES
           925 Lamar, Suite 5100
       4   Wichita Falls, Texas 76301
           ATTORNEY FOR TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE
       5   SERVICES
           (940) 841-5027
       6
           AND-
       7
           HON. ROBERT T. JARVIS
       8   (SBOT NO. 10586500)
           ROBERT T. JARVIS, PC
       9   123 W. Houston Street
           Sherman, Texas 75090
      10   ATTORNEY FOR RESPONDENT
           (903) 892-8500
      11
           AND-
      12
           HON. BRET W. HALE
      13   (SBOT NO. 00795403)
           ATTORNEY AT LAW
      14   P.O. Box 98
           Iowa Park, TX 76367
      15   ATTORNEY AD LITEM
           (940) 592-5099
      16
```

```
                          Excerpt_Jones_4
       17
       18
       19
       20
       21
       22
       23
       24
       25
                       JOANNA BEVERAGE, CSR
♀ 00003
        1              EXCERPT OF TESTIMONY
        2      July 27, 2012
                                                        VOIR
        3      PETITIONER'S WITNESSES      DIRECT   CROSS    DIRE
               Jason Jones                            5
        4
                                                        VOIR
        5      RESPONDENT'S WITNESSES      DIRECT   CROSS    DIRE
               None in excerpt.
        6
        7                                               VOIR
               AD LITEM'S WITNESSES        DIRECT   CROSS    DIRE
        8      None in excerpt.
        9
                          ALPHABETICAL WITNESS INDEX
       10
                                                        VOIR
       11      WITNESSES                   DIRECT   CROSS    DIRE
               Jason Jones                            5
       12
               End of Excerpt.................................  5
       13
               Reporter's Certificate.........................  6
       14
       15
       16
       17
       18
       19
       20
       21
       22
       23
       24
       25
                       JOANNA BEVERAGE, CSR #7962
♀ 00004
        1                    EXHIBIT INDEX
        2      PETITIONER'S EXHIBITS            OFFERED  ADMITTED
               None in excerpt.
        3
        4
               RESPONDENT'S EXHIBITS            OFFERED  ADMITTED
        5      None in excerpt.
        6
               AD LITEM'S EXHIBITS              OFFERED  ADMITTED
        7      None in excerpt.
        8
        9
       10
       11
       12
```

Excerpt_Jones_4

```
             13
             14
             15
             16
             17
             18
             19
             20
             21
             22
             23
             24
             25
                            JOANNA BEVERAGE, CSR #7962
♀ 00005
              1              (Excerpt of testimony.)
              2                    JASON JONES,
              3    having first been duly sworn, testified as follows:
              4                  CROSS-EXAMINATION
              5    BY MR. HALE:
              6         Q.   But I've never seen any pictures like this
              7    pop up on my computer.  Now, I know that you're --
              8    okay.  Now you're saying that these are not child
              9    pornography, right?
             10         A.   That's correct.
             11         Q.   These pictures are not, per se, illegal,
             12    right?
             13         A.   That is correct.
             14              (End of excerpt.)
             15
             16
             17
             18
             19
             20
             21
             22
             23
             24
             25
                            JOANNA BEVERAGE, CSR #7962
♀ 00006
              1    STATE OF TEXAS        )
                                         )
              2    COUNTY OF WICHITA     )
              3
              4       I, Joanna Beverage, Official Court Reporter in and
                   for the 89th District Court of Wichita County, State
              5    of Texas, do hereby certify that the above and
                   foregoing page numbered 5 contains a true and correct
              6    transcription of all portions of evidence and other
                   proceedings requested in writing by counsel for the
              7    parties to be included in this volume of the
                   Reporter's Record, in the above-styled and -numbered
              8    cause, all of which occurred in open court or in
                   chambers and were reported by me.
              9
                          I further certify that this Reporter's Record
             10    of the proceedings truly and correctly reflects the
                   exhibits, if any, admitted by the respective parties.
             11
                          I further certify that the total cost for the
             12    preparation of the Reporter's Record is $       and
```

```
                         Excerpt_Jones_4
             will be paid by Mr. Robert T. Jarvis.
      13
                 WITNESS MY OFFICIAL SIGNATURE on this the 2nd
      14     day of November, 2012.
      15
      16
                                    Joanna Beverage, CSR No. 7962
      17                            Expiration Date:  12-31-13
                                    Official Court Reporter
      18                            89th Judicial District Court
                                    900 Seventh Street, Suite 300
      19                            Wichita Falls, Texas 76301
                                    (940) 766-8194
      20
      21
      22
      23
      24
      25
                         JOANNA BEVERAGE, CSR #7962
```

Page 4