UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Criminal No. H-12-691S |
| | § | |
| DAVID MORSE BARRY, | § | |
| Defendant. | § | |

## FIRST TRIAL STIPULATION

The United States and the Defendant agree to the following stipulated facts to be presented in the trial of the above captioned case:

O.B.'s date of birth is

R.B.'s date of birth is

The children present in the government's exhibits 4a-z, 9b-k, 17a-m, 20d-g, and 20i-t, 24a-f, and 25a-b are either O.B., R.B. or both.

_____
Robert T. Jarvis
Attorney for Defendant

_____
David Morse Barry
Defendant

_____
Sherri L. Zack
Assistant United States Attorney

4/16/14
Date

1