UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | Criminal No. H-12-691S |
| DAVID MORSE BARRY, Defendant. | § § § | |

## SECOND TRIAL STIPULATION

The United States and the Defendant agree to the following admission of evidence to be presented in the government's case in chief at the trial of the above captioned case:

The forensic interviews of R.B. from 6/7/2013 and 6/14/2013 shall be admitted in lieu of calling the minor to testify pursuant to Federal Rule of Evidence 414.

The Defendant acknowledges and waives any objections he may have, including but not limited to hearsay or violations of the confrontation clause.

_____
Robert T. Jarvis
Attorney for Defendant

_____
David Morse Barry
Defendant

_____
Sherri L. Zack
Assistant United States Attorney

4/16/14
Date

1