UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Criminal No. H-12-691S |
| | § | |
| DAVID MORSE BARRY, | § | |
| Defendant. | § | |

## THIRD TRIAL STIPULATION

The United States and the Defendant agree to the following admission of evidence to be presented by the government at the trial of the above captioned case:

The testimony of Mark Peterson at the detention hearing held in Dallas on June 11, 2013 before Judge Stickney.

The Defendant acknowledges and waives any objections he may have, including but not limited to hearsay or violations of the confrontation clause.

_____
Robert T. Jarvis
Attorney for Defendant

_____
David Morse Barry
Defendant

_____
R. Stabe for
Sherri L. Zack
Assistant United States Attorney

4/16/14
Date

1