IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § | CRIMINAL NO. H-12-691 |
| DAVID MORSE BARRY | § | |

**ORDER**

After holding a five-day bench trial, the court on June 11, 2014 issued Findings and Conclusions of Law finding Defendant David Morse Barry guilty of two counts of conspiracy to produce child pornography and two counts of conspiracy to produce child pornography by a parent or guardian. (Docket Entry No. 91). On July 16, 2014, Barry filed a motion for judgment of acquittal. (Docket Entry No. 98). The government has not responded. The court orders the government to respond to Barry's motion no later than **Tuesday, September 16, 2014**.

SIGNED on September 2, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge