IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-12-691 |
| | § |
| DAVID BARRY | § |

**O R D E R**

Counsel for the defendant filed a Notice of Appeal (Docket Entry No. 136) and a motion to withdraw as counsel of record. (Docket Entry No. 137). The motion included a request for an appointment of counsel for the defendant. The motion is granted. The magistrate judge will appoint counsel for Defendant Barry for appeal purposes.

SIGNED on January 28, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge