Kevin Rease 12649-050

United States Penitentiary Tucson

P.O. Box 24550

Tucson, AZ 85734

October 23, 2015

*United States Courts*
*Southern District of Texas*
*FILED*

*OCT 3 0 2015*

*David J. Bradley, Clerk of Court*

United States Courthouse

515 Rusk Street

Houston, Texas 77002

Attn: Criminal Court Clerk

    Re: United States v. David Morse Barry

    Criminal Case Number: H-12-691

    2015 U.S. Dist. Lexis 5358

Dear Sir/Madam:

    I am respectfully requesting from the above referenced matter a uncertified copy of the criminal docket sheet. I am also, respectfully requesting under 28 U.S.C.S. § 1914 a uncertified copy of the court transcript of the January 16, 2015 motion for acquittal hearing before District Judge Lee H. Rosenthal. Please advise if there are any exhibits that were presented during this hearing. Is so, how many and a copy of any and all exhibits. Please advise how many pages there are to copy of both the transcript and exhibits if applicable at the cost of $0.50 per page.

    Thank you very much for your anticipated cooperation in this matter.

Respectfully submitted,

*[signature]*

Kevin Rease

☆12649-050☆
Kevin Rease
#12649-050
United States Penitentiary Tucson
P.O. Box 24550
Tucson, AZ 85734
United States

**United States Courts
Southern District of Texas
FILED**

**OCT 30 2015**

David J. D...

7700226006 LEGAL MAIL

☆12649-050☆
United Statess Courthouse
515 RUSK ST
Attn: Criminal Law Clerk
Houston, TX 77002
United States

26 OCT 2015 PM 3 L

PHOENIX AZ 852

